**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

*Christopher J. Clark*

*08-15-1981*                                        *

*1256 Ralph David*

*Abernathy Blvd.*

*Atlanta, GA 30310*                                *
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

**v.**

*Det. Dave Onorio and*                             *

*Montgomery County*

*Police Dept.*

*                                                  *

_____
(Full name and address of respondent)
**Defendant(s).**

FILED
LODGED
JUL 1 9 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

**Case No.:** _____
(Leave blank. To be filled in by Court.)

## COMPLAINT

I.  Previous Lawsuits

A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☑    NO ☐

B.  If you answered YES, describe that case(s) in the spaces below.

1.  Parties to the other case(s):

Plaintiff: *Christopher J. Clark*

Defendant(s): *Det. Dave Onorio and Montgomery County Police Dept.*

2.  Court (if a federal court name the district; if a state court name the city or county):

_____

_____

3. Case No.: *1:20-cv-01194-ELH*

4. Date filed: *7/28/2020*

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): *unknown*

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☐

1. If you answered YES:

a. What was the result? _____

_____

b. Did you appeal? _____

YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: _____

_____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

*Typed and in the same envelope.*
*Briefly: Det. Dane Onorio Knowingly and intentionally used false statements to get an arrest warrant, thus committing Perjury on the Application for the statement of charges*

IV. Relief

(State briefly what you want the Court to do for you.)

I lost my income for 8 months because of their actions, then lost my job. I want 1,000,000 U.S. dollars for the pain and suffering I have endured.

SIGNED THIS _10th_ day of _July_ , _2021_.

_Christopher J. Clark_
Signature of Plaintiff

_Christopher J. Clark_
Printed Name

_1256 Ralph David Abernathy Blvd._
Address
_Atlanta, GA 30310_

_(404) 740-3519_
Telephone Number

_Arch Anger1r2000@yahoo.com_
Email Address